UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONIA L. MEZQUITA VEGA,<br><br>      Petitioner,<br><br> v.<br><br>HOWARD C. BARRON,<br><br>      Respondent. | CASE NO. 2:24-cv-00605-KKE-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

  The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold (Dkt. No. 13), the remaining record, and finding no objections were filed, does hereby find and ORDER:

 (1) The Court adopts the Report and Recommendation.

 (2) Petitioner's federal habeas Petition is dismissed without prejudice.

 (3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 11th day of September, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge